IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

DANAN BERNARDO GABALDON,

    Plaintiff,

v.                                                               No. 22-cv-0287 DHU/CG

GEO GROUP, *et al*,

    Defendants.

## ORDER TO CURE DEFICIENCY

**THIS MATTER** is before the Court on Mr. Gabaldon's Motion to Proceed *In Forma Pauperis* (the "Motion"), (Doc. 2). The Court cannot rule on the Motion because it does not include a six-month inmate account statement, as required by 28 U.S.C. § 1915(a)(2). By June 21, 2022, Mr. Gabaldon shall submit an inmate account statement reflecting transactions between October 18, 2021, and April 18, 2022. All filings must include the case number (22-cv-0287 DHU/CG). The failure to timely comply with this Order will result in dismissal of this action without further notice.

**IT IS HEREBY ORDERED** that by **June 23, 2022**, Mr. Gabaldon shall file a certified inmate account reflecting transactions between October 18, 2021, and April 18, 2022.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE